**Dismissed and Memorandum Opinion filed August 9, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00376-CV

_____

**LORENZO WILLIAMS (JP MORGAN CHASE BANK, NATIONAL ASSOICATION - GARNISHEE), Appellant**

**V.**

**THE CADLE COMPANY, Appellee**

---

**On Appeal from the County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Cause No. 865096-801**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed February 9, 2012. The notice of appeal was filed April 4, 2012. To date, our records show that appellant has neither established indigence nor paid the $175.00 appellate filing fee. *See* Tex. R. App. P. 5; Tex. R. App. P. 20.1; *see also* Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on Multidistrict Litigation, Misc. Docket No. 07-9138 (Tex. Aug. 28, 2007); Tex. Gov't Code Ann. § 51.207.

On May 25, 2012, this court ordered appellant to pay the appellate filing fee on or before June 11, 2012, or the appeal would be dismissed. Appellant has not paid the appellate filing fee. Accordingly, the appeal is ordered dismissed. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Justices Frost, Boyce, and McCally.